# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**JERRY MICHAEL CROSBY,**

    Plaintiff,

v.

**CAROLYN W. COLVIN, Commissioner of Social Security**,

    Defendant.

Civil Action No. 7:14-CV-127 (HL)

## ORDER

Before the Court is Plaintiff's Motion to Dismiss (Doc. 11). The motion is granted, and this case is dismissed without prejudice.

**SO ORDERED**, this the 31st day of October, 2014.

                        *s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

scr